IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No.

SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED
IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED
IMAGING SOLUTIONS (SIS),
A Florida Limited Liability Company,

        Plaintiff,

v.

PETER ROUVELAS M.D. P.C.,
A New York Corporation

        Defendant.
_____/

## **COMPLAINT**

Plaintiff, SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED IMAGING SOLUTIONS (SIS) (SIS or Plaintiff), hereby files its complaint against Defendant, PETER ROUVELAS M.D. P.C. (Defendant), and alleges:

1. This is an action in excess of $75,000, exclusive of attorneys' fees, court costs, and interest.

2. Plaintiff, SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED IMAGING SOLUTIONS (SIS) is a Florida Limited Liability Company, authorized to conduct business in the State of Florida.

3. Avi Soffer and Armando Normandys are the two members of SIS. Each of Plaintiff's Members are citizens and residents of the State of Florida.

4. Defendant, PETER ROUVELAS M.D. P.C. is a New York Corporation.

5. Subject matter jurisdiction is invoked pursuant to 28 U.S.C. § 1332, as all the parties are completely diverse in citizenship, and the amount in controversy exceeds $75,000.

6. Venue is proper in this District by reason of 28 U.S.C. § 1391(b)(2), because all or a substantial part of the events giving rise to Plaintiff's claims occurred in the Southern District of Florida. Venue is also proper given there is a valid forum selection clause incorporated into the contracts between the parties.

7. All conditions precedent to this action have been performed or have been waived.

## COUNT I – BREACH OF CONTRACT

8. Plaintiff hereby incorporates paragraphs 1 through 7, as if they were fully set forth herein.

9. On or about February 17, 2018, Plaintiff and Defendant entered into a Services Agreement. A copy of the agreement is attached as Exhibit A.

10. The agreement provided that Defendant was to perform no less than 350 Test Annually or pay the monetary equivalent. Ex A, Paragraph IV (A).

11. Defendant breached the services agreement by failing to conduct 350 tests for the period between February 17, 2018 and February 16, 2019.

12. Between February 17, 2019 and February 16, 2020, Defendant failed to conduct 350 annually.

13. Between February 17, 2020 and February 16, 2021, Defendant failed to conduct 350 annually. Indeed, Defendant has anticipatory breached the contract.

14. Plaintiff has suffered damages as a result of the breach.

15. Defendant owes Plaintiff $151,767.00.

WHEREFORE, Plaintiff, SIMPLIFIED IMAGING SOLUTIONS LLC demands judgment against Defendant, PETER ROUVELAS M.D. P.C. for actual and compensatory damages, interest, attorney's fees, costs, and for such other relief as this Court deems just and proper.

June 17, 2020.                                         Respectfully submitted,

**SOLNICK LAW P.A.**

Attorney for Plaintiff
1634 Island Way
Weston, Florida 33326

17501 Biscayne Boulevard, Suite 420
Aventura, FL 33160
Tel: 786-629-6530
Email: pete@solnicklaw.com

/s/ Peter J. Solnick
By: _____
Peter J. Solnick, Esq.
Fla. Bar. 670006