IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED
IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED
IMAGING SOLUTIONS (SIS),
A Florida Limited Liability Company,

       Plaintiff,

v.

PETER ROUVELAS M.D. P.C.,
A New York Corporation

       Defendant.
_____/

## NOTICE OF FILING

Plaintiff, SIMPLIFIED IMAGING SOLUTIONS (SIS), hereby gives notice of filing Exhibit A to the Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2020, I filed the foregoing notice with the Clerk of the Court using CM/ECF.

                              SOLNICK LAW P.A.
                              17501 Biscayne Boulevard, Suite 420
                              Aventura, FL 33160
                              Tel: 305-629-6530
                              Email: pete@solnicklaw.com

                              /s/ *Peter J. Solnick*
By: _____
                              Peter J. Solnick, Esq./Fla. Bar. 670006