Simplified Imaging Solutions

*Making Imaging Simple and Affordable*

THIS SERVICES AND MAINTENANCE AGREEMENT ("Agreement") is executed and delivered this 17 day of FEBRUARY , 2018, by and between PETER ROUVELAS MD PC and Simplified Imaging Solutions, LLC (SIS), a Florida limited liability company, located at 10396 W. SR 84 Suite 104, Davie, Florida 33324 (all referred herein collectively as the "Parties").

## I.    RECITALS

**WHEREAS**, the Practice is licensed in the state of New York to provide medical services to the public; and

**WHEREAS**, SIS has experience with and maintenance of nuclear diagnostic procedures and facilities, and has agreed to provide specific goods and services within its areas of expertise to Practice; and

**WHEREAS,** Practice desires to contact and engage with SIS to assist Practice in the operation and provision of imaging :

**NOW THEREFORE**, in consideration of these premises and the terms and conditions of this Agreement, the parties agree as follows:

## II.    RELATIONSHIP OF THE PARTIES

1.    **Control Retained in Practice.** Practice shall at all times retain control over the operation of its Practice.

Practice's control shall specifically include all clinical decision-making, general administrative, lab functions, day-to-day operations, space leasing, all billing decisions, and the control of personnel.

2.    **Medical and Professional Matters.**  All medical and professional matters in the operation of the Practice and the Lab shall be and remain the responsibility of the Practice.

The Practice shall have complete control over the diagnosis, treatment and billing of its patients, and SIS shall not exercise any supervision or control over the individual medical treatment or billing of Practice patients.

EX A

SIS

Simplified Imaging Solutions

*Making Imaging Simple and Affordable*

Nothing contained herein shall be construed so as to hinder any Practice physician's independent judgment in the practice of medicine or in any manner that would violate any laws, statutes or regulations governing the practice of medicine.

## III.    DUTIES AND OBLIGATIONS OF SIS

1.      During the Term of this Agreement, Provision of Nuclear Materials. During the Term of this Agreement and for each scheduled test on the days of testing, SIS agrees to provide Practice:

A.      Licensed nuclear technologist on days of testing

B.      Isotope (excluding chemical stress). 2 injections. Rest 10mci +/- 20%, Stress 30mci +/- 20%

C.      Nuclear camera service and repair on Digirad 2020 purchased from S.I.S.

D.      QC Program

E.      Physicist services

F.      Assist  with obtaining and maintaining ICANL Accreditation

G.      HIPAA Compliance. SIS and Practice agree to execute a HIPAA Business Associates Agreement (the "BA Agreement") for purposes of compliance with HIPAA.  A copy of the BA Agreement is attached hereto and made a part of this agreement.

H.      15% Cancellation/no show coverage

I.      RAM license maintenance

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195     Fax: (866) 221-7221     International +1(954) 965-6055
http://www.nuclearstresstest.net   info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS

**Simplified Imaging Solutions**

*Making Imaging Simple and Affordable*

## IV.    DUTIES AND OBLIGATIONS OF THE PRACTICE

### A.    Payment of Fees and Fee Schedule

In order to preserve the lower pricing levels and satisfy regulations related to "pay per click," Practice agrees to conduct a minimum of 350 tests annually (per 12 months) and or pay the monetary equivalent as per below:

1. $219 per nuclear stress test for patients 1 -5 on any given testing day
2. $209 per nuclear stress test for patient 6 and beyond on any given testing day
3. $209 per nuclear stress test If volume exceeds 25 patients in a month but is less than 40 (30 days)
4. $199 per nuclear stress test if volume exceeds 40 patients in a month (30 days)
5. Practice will pay for a minimum of 4 tests on any given day of testing
6. $32 for plain stress tests
7. Above the 4 patient minimum and if over the 15% cancellation coverage, Practice shall pay a reduced charge of $79 related to patient no shows/cancellations without 24 hour prior notification

B.    Fees to SIS shall accrue beginning on the date Practice's Lab performs its first procedure during the term of this Agreement (the "Commencement Date"). Practice will be invoiced by SIS twice monthly (every two weeks), and payment shall be due on receipt of the invoice by Practice. The second invoice of each month shall reflect and calculate any and all volume pricing as per IVA.

C.    Billing. Practice will bill patients and third party payers in its own name and as it deems appropriate for all of the services performed at the Practice applicable to this Agreement.

## V.    REPRESENTATIONS AND WARRANTIES

### 1.    SIS's Representations and Warranties.

SIS represents and warrant to Practice as follows:

A.    No payment shall be made at any time, directly or indirectly, by SIS to any person or entity as an inducement or remuneration for the referral of a patient to the Practice, and SIS

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195    Fax: (866) 221-7221    International +1(954) 965-6055
http://www.nuclearstresstest.net    info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS

Simplified Imaging Solutions

*Making Imaging Simple and Affordable*

shall not take any action in violation of any applicable state, federal or local laws, rules or regulations affecting patient brokering, fee-splitting, self-referrals or kickbacks for health care services.  Nothing in this Agreement shall require SIS to refer any person to the Practice.

B.      This Agreement is commercially reasonable, and the compensation under this Agreement represents the fair market value of the Services and was negotiated on an arms-length basis, without taking into consideration the volume or value of services performed or to be performed by either SIS or Practice under this Agreement.

2.      **The Practice's Representations and Warranties to SIS.**

A.      The Practice represents and warrants to SIS that it is fully licensed and qualified as required by federal, state and local law or regulation to provide physician and other medical services to its patients.  Each physician employed or contracted by the Practice is duly licensed to practice medicine in the state of New York.

B.      The Practice is in full compliance with all federal, state and local fee splitting, self-referral, anti-kickback laws and fraud and abuse laws in its performance of nuclear diagnostic testing.  Practice shall make no payment or other remuneration at any time, directly or indirectly, in cash or in kind, to any person or entity as an inducement for the referral of a patient to the Practice.

C.      Practice is in compliance and will continue to comply with all policies, standards, regulations rules and laws pertaining to-reimbursement, billing and collection related to services rendered including but not limited to the obtaining of informed patient consent of risks related to medical protocols, diagnostic testing and pharmaceuticals of any kind that are used in the course of testing.

## VI.     DEFAULT

1.      **Default, Notice and Cure.** Upon either party asserting the existence of a breach of the terms of this agreement by the other party, notice via certified mail (return receipt requested) shall be provided by the non-breaching party to the breaching party specifying the nature of the purported breach.  The purported breaching party shall have 10 calendar days from the receipt of the notice of breach within which to cure the breach.  Notice shall be conclusively deemed received by the purported breaching party on the 3rd business day after the date of the mailing of the notice.  During the 10-day cure period SIS may elect to suspend their performance of the

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195     Fax: (866) 221-7221     International +1(954) 965-6055
http://www.nuclearstresstest.net   info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS

**Simplified Imaging Solutions**

*Making Imaging Simple and Affordable*

provisions of Agreement not related to non-disclosure of Proprietary or Confidential information.

2.      **Attorneys' Fees**. In the event of a breach of this Agreement, the non-breaching party shall be entitled, in addition to any other remedy provided by law, to the recovery of all costs and reasonable attorney fees incurred in the enforcement of its rights under this Agreement.

## VII.    TERM AND TERMINATION OF AGREEMENT

1.      **Term of this Agreement (also referred to as "Effective Dates")**: The term of this Agreement shall commence on FEBRUARY 17 2018 ,    and continue in effect for a three (3) year period (the "Initial Term") or until its earlier termination as provided herein.  This Agreement shall automatically renew for successive one (1) year periods absent 60 days advance written notice to the other party by the party not desiring to renew the agreement.

2.      **Termination for Cause With Notice Requirement**. A non-breaching party may terminate this Agreement for "cause" at any time if the other party is in breach of any material covenant, agreement, term or provision of this Agreement, and such breach shall continue for more than 15 days after delivery of written notice to the breaching party stating the specific provisions of the contract that are being breached.  Written notice of the breach shall include documentation or description sufficient to inform the breaching party of the nature of the asserted breach. Cause is defined as uncured material breach of any term within this agreement.

3.      **Obligations Upon Termination Under Any Circumstance**. SIS shall deliver to Practice all documents and records in its possession relating to any patients treated at the Lab. Similarly, upon termination of this Agreement, Practice must deliver to SIS all documentation and all documents and records of SIS or SISPP, and pay all open invoices.

## VIII.   INDEMNIFICATION

1.      **Indemnification by Practice.**  Practice shall defend, indemnify and hold harmless SIS and their shareholders, members, directors, officers, agents, and employees from and against liability for any and all costs (including court costs), expenses, fees (including reasonable attorneys' fees) and payments arising out of Practice's breach of this Agreement or the negligence or intentional acts or omissions by Practice or Practice's shareholders, members, directors, officers, agents, subcontractors or employees.  This provision shall survive termination of this agreement.

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195    Fax: (866) 221-7221    International +1(954) 965-6055
http://www.nuclearstresstest.net    info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS

**Simplified Imaging Solutions**

*Making Imaging Simple and Affordable*

2.      **Indemnification by SIS.** SIS and/or SISPP shall defend, indemnify and hold harmless Practice and its shareholders, members, directors, officers, agents, and employees from and against liability for any and all costs (including court costs), expenses, fees (including reasonable attorneys' fees) and payments arising out of SIS's breach of this Agreement or the negligence or intentional acts or omissions by SIS or SIS's shareholders, members, directors, officers, agents, subcontractors or employees.  This provision shall survive termination of this agreement.

3.      **Non-Solicitation of Personnel.** During the Term of this Agreement, and for a period of two (2) years following the termination of this Agreement for any reason, Practice shall not directly or indirectly, without the express written consent of SIS, solicit, attempt to cause, any employee or subcontractor of SIS to leave such employment or subcontractor relationship with SIS, and to accept employment with, or to contract with, Practice, or to accept employment with, or to contract with, any other person or entity that provides services to Practice which are the same or similar to the services provided by SIS under this agreement. Practice agrees to not hire any UND employee under any circumstances and understands that doing so would be financially harmful to SIS.

4.      **Choice of Venue/Choice of Forum/Choice of Law.** Any action concerning or relating to the Terms of this Agreement shall be brought in a state or federal court in Broward County, Florida.  The provisions and the enforceability thereof shall be interpreted under laws of Florida without regard to conflict of laws provisions.

5.      **Notices.** All notices, requests, demands, and other communications hereunder shall be in writing and sent by U.S. Certified Mail (return receipt requested), or by hand delivery with proof of delivery, to or at the receiving party's address as set forth above. A party may change its address by giving notice in the manner provided in this provision.  Notices following the above procedures shall be deemed received upon the earlier of actual receipt, or the 3rd business day after the date of the mailing of the notice if by Certified U.S. Mail (return receipt requested).

6.      **Authority to Contract.** Each party represents and warrants that he/she or it, as the case may be, is authorized to enter into this Agreement and to be bound by the terms of it.

Moreover, the Parties mutually represent that they are not violating another agreement by entering into this Agreement.

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195     Fax: (866) 221-7221     International +1(954) 965-6055
http://www.nuclearstresstest.net    info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS

Simplified Imaging Solutions

*Making Imaging Simple and Affordable*

**IN WITNESS WHEREOF,** the parties have executed this Agreement on the dates set forth below:

Practice ___PETER ROUVELAS MD PC___

Simplified Imaging Solutions

Date: ___FEBRUARY 17 2018___

Date: ___2/17/2018___

By: ___Peter Rouvelas MD___

By: ___[signature]___

Printed Name: ___PETER ROUVELAS MD___

Printed Name: ___Avi Sudden___

Its: ___OWNER / PHYSICIAN___

Its: ___CEO___

(Title)

(Title)

As Guarantor: _____

10396 West SR 84, Suite 104, Davie, Florida 33324, USA
Phone (954) 888-1195    Fax: (866) 221-7221    International +1(954) 965-6055
http://www.nuclearstresstest.net   info@nuclearstresstest.net
©2017 SIS. Reproduction or distribution prohibited without the express written consent of SIS