## RETURN OF SERVICE

**State of Florida**  **County of N/A**  **District Court**

Case Number: 0:20-CV-61208-RKA

Plaintiff:
**SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED IMAGING SOLUTIONS LLC D/B/A SIMPLIFIED IMAGING SOLUTIONS (SIS),**
vs.
Defendant:
**PETER ROUVELAS M.D. P.C.,**

For: Peter J. Solnick
SOLNICK LAW P.A.

Received by Caplan, Caplan & Caplan Process Servers on the 19th day of June, 2020 at 11:14 am to be served on **PETER ROUVELAS M.D. P.C., C/O PETER ROUVELAS M.D., CEO, 8115 7TH AVENUE, BROOKLYN, NY 11228.** I, __DAINON WARD__, do hereby affirm that on the __30th__ day of __JUNE__, 20__20__ at __1239__ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, AND EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(X) CORPORATE SERVICE/LLC: By serving __JOANNE L__ (declined last name) as __BUSINESS AGENT__ Served the within-named person by delivering a true copy of pleadings and informedsaid person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) CORPORATE REGISTERED AGENT: By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) CORPORATE REGISTERED AGENT EMPLOYEE: By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081 (3)(a) and F.S. 48.091 as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) CORPORATE SUBSTITUTE: By serving _____ as _____ Served the named person at a residence by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) NON SERVICE: For the reasondetailed in the Comments below.

**COMMENTS:** DESCRIPTION: FEMALE, WHITE SKIN, GRAY HAIR, 51-65 yrs 5'1-5'4, 160-185 lbs

## RETURN OF SERVICE For 0:20-CV-61208-RKA

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

DAINON WARD
PROCESS SERVER # ____ n/a ____
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2020018581

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED IMAGING SOLUTIONS (SIS), <br><br> *Plaintiff(s)* <br><br> v. <br><br> PETER ROUVELAS M.D. P.C., <br><br> *Defendant(s)* | Civil Action No. 0:20-cv-61208-RKA |

JUN 19 2020

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PETER ROUVELAS M.D. P.C.,
c/o Peter Rouvelas M.D., CEO
8115 7th Avenue
Brooklyn, NY 11228

DATE 6/30/20  TIME 12:39 pm

INITIAL DW  BADGE N/a

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter J. Solnick
Solnick Law P.A.
17501 Biscayne Boulevard
Suite 420
North Miami Beach Florida 33160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 19, 2020

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

18581