UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTI8ONS (SIS),

     Plaintiffs,

vs.

PETER ROUVELAS, M.D., P.C.,

     Defendants.
_____/

### NOTICE OF APPEARANCE

**COME NOW** the undersigned counsel and file this Notice of Appearance as counsel of record for Defendant Peter Rouvelas, M.D., P.C., in the above styled proceedings, having been retained for this purpose.  Defendant Dr. Rouvelas waives no defenses or objections by making this filing.  The undersigned requests that all pleadings and papers in this matter be served on counsel for Defendant Peter Rouvelas, M.D., P.C., at the following address:

> **LANCE O. LEIDER, J.D., LL.M.**
> Florida Bar No.:  96408
> Primary E-mail:  LLeider@TheHealthLawFirm.com
> Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
> TRIAL COUNSEL/LEAD ATTORNEY
> ATTORNEY TO BE NOTICED
> **GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
> Florida Bar No.:  382426
> Primary e-mail:  GIndest@TheHealthLawFirm.com
> Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
> TRIAL COUNSEL/LEAD ATTORNEY
> ATTORNEY TO BE NOTICED
> **CAROLE C. SCHRIEFER, J.D.**
> Florida Bar No.:  835293

Primary e-mail:  CSchriefer@thehealthlawfirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR DEFENDANT**
**PETER ROUVELAS, M.D., P.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, this  17th  day of July 2020.

/s/ George F. Indest III

_____
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.:  96408
Primary E-mail:  LLeider@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.:  382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, J.D.**
Florida Bar No.:  835293
Primary e-mail:  CSchriefer@thehealthlawfirm.com
Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ATTORNEYS FOR DEFENDANT**
**PETER ROUVELAS, M.D., P.C.**