UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPLIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTIONS (SIS),

    Plaintiff,

vs.

PETER ROUVELAS, M.D., P.C.,

    Defendant.
_____/

## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT (Doc. No. 1)

**COMES NOW**, Defendant Peter Rouvelas, M.D., P.C., by and through the undersigned counsel, and pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, files this Motion for Extension of Time to File a Response to the Complaint filed by Plaintiff (Doc. 1) pursuant to Rules 12 and 81, Federal Rules of Civil Procedure.

### BACKGROUND FACTS

1.     Plaintiff Simplified Imaging & Diagnostics, Simplified Imaging Solutions LLC d/b/a Simplified Imaging Solutions (SIS), filed a one (1) count Complaint for Breach of Contract (Doc. 1) on January 17, 2020.

2.     Plaintiff served Defendant, Peter Rouvelas, M.D., P.C., on June 30, 2020, making a response to the Complaint due on or before, Tuesday, July 21, 2020.

3. Defendant engaged the services of the undersigned counsel on Friday, July 17, 2020.

4. The undersigned had not previously represented Defendant in this matter, or any other matter related to the present dispute between the parties. Consequently, the undersigned has no knowledge of the facts of this case and will require time to determine those facts and to research the applicable law.

5. Following a good faith conference between Plaintiff's counsel and Defendant's counsel, the parties agreed to a twenty (20) day extension of time to file an answer or responsive paper. The due date for such response would be Monday, August 10, 2020.

6. In order to evaluate the case, conduct an at least preliminary review of the operative facts, and to prepare an appropriate responses to the Complaint, Defendant requests the Court grant an extension of time to response until Monday, August 10, 2020.

## MEMORANDUM OF LAW

Defendant requests a twenty (20) day extension of time to file a response to the Complaint. Defendant makes this request for an extension of time in good faith and, pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, the undersigned certifies it is not made for any improper purpose including any dilatory reason.

Rule 6(b), Federal Rules of Civil Procedure, states in relevant part:

> (b) EXTENDING TIME.
>
> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

> (A)  with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B)  on motion made after the time has expired if the party failed to act because of excusable neglect.

The Court has broad discretion in granting such motions for continuance or extension of time. *Glover v. City of Pensacola*, 372 Fed. Appx. 952, 955-56 (N.D. Fla. Apr. 14, 2010); *Dugas v. 3M Co.*, 2015 U.S. Dist. LEXIS 83548, *5 (M.D. Fla. June 26, 2015) (harm to a party should be avoided when there is no commensurate gain to anyone else or society).  The Court's ability to manage its docket and extend deadlines is broad and not unique to the Eleventh Circuit.  In *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995), the Fifth Circuit Court of Appeals affirmed the district court's granting an enlargement of time stating:

> Appellant's final argument warrants little discussion. Appellant asserts that the district court abused its discretion by  1)  accepting Appellee's motion for summary judgment out of time, and  2)  denying Appellant's motion for enlargement of time to respond. Under Fed.R.Civ.P. 6(b), the district court is granted broad discretion to expand filing deadlines. *See, e.g.*, *Maldonado-Denis v. Castillo-Rodriguez*, 23 F.3d 576, 583 (1st Cir.1994); *Woods v. Allied Concord Financial Corp.*, 373 F.2d 733, 734 (5th Cir. 1967).

*Hetzel*, 50 F.3d 367.

The Court has inherent authority to grant an extension of time to act upon its own orders. In the present case, given the early stage of litigation, the apparent lack of dispute among the parties for the relief requested, and the unprecedented societal disruption caused by a global

pandemic, the Court should grant the request for an abatement or extension of time for the full time requested.

### RELIEF REQUESTED

Defendant respectfully requests the Court enter an Order granting a twenty (20) day enlargement of time to file and serve a response to the Complaint, making such filing due on or before August 10, 2020.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel certifies that a good faith conference with counsel for Plaintiff was conducted on July 17, 2020.  Lance O. Leider, Esquire, an attorney with The Health Law Firm, contacted the attorney for Plaintiff Peter Solnick, Esquire, an attorney with Solnick Law P.A., by telephone on July 17, 2020.  Mr. Solnick stated that he had no objection to the twenty (20) day extension sought by Defendant, and gave leave to file this as an "agreed motion."

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, this 20th day of July 2020.

/s/ George F. Indest III
_____
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary E-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@thehealthlawfirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**ATTORNEYS FOR DEFENDANT**
**PETER ROUVELAS, M.D., P.C.**

Attachment:   Proposed Order

LOL/pa
S:\2600-2699\2670\001\410-Pleadings-Drafts & Finals\Motion-Ext to File Response-1.wpd