UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPLIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTIONS (SIS),

    Plaintiff,

vs.

PETER ROUVELAS, M.D., P.C.,

    Defendant.
_____/

## ORDER

This Matter, having come before the Court on Defendant's Motion for Extension of Time to File Response to Complaint (Doc. 1), and it appearing, that the Motion is uncontested and should be granted for good cause shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion for Extension of Time to File Response to Complaint (Doc. 1) is granted and the Plaintiff shall have until August 10, 2020 to file any such response to the Complaint.

ENTERED this _____ day of July, 2020.

                                                                  _____
                                                                  Hon. Roy K. Altman
                                                                  United States District Judge

COPIES TO:

Peter J. Solnick
Solnick Law P.A.
17501 Biscayne Boulevard
Suite 420

Aventura, FL 33160

George F. Indest , III
Lance O. Leider
Carole C. Schriefer
The Health Law Firm
1101 Douglas Avenue
Suite 1000
Altamonte Springs, FL 32714