IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED
IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED
IMAGING SOLUTIONS (SIS),
A Florida Limited Liability Company,

        Plaintiff,

v.

PETER ROUVELAS M.D. P.C.,
A New York Corporation

        Defendant.
_____/

## **PLAINTIFF'S STATEMENT UNDER FED.R.CIV.P. 7.1**

The undersigned counsel of record for Plaintiff certifies that Plaintiff, Simplified Imaging & Diagnostics d/b/a Simplified Imaging Solutions (SIS) does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July 2020, I filed the foregoing document with the Clerk of the Court using CM/ECF.

        SOLNICK LAW P.A.
        17501 Biscayne Boulevard, Suite 420
        Aventura, FL 33160
        Tel: 305-629-6530
        Email: pete@solnicklaw.com

        /s/ *Peter J. Solnick*
By: _____
        Peter J. Solnick, Esq./Fla. Bar. 670006