UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61208-CIV-ALTMAN/Hunt

**SIMPLIFIED IMAGING & DIAGNOSTICS,**
**SIMPLIFIED IMAGING SOLUTIONS LLC**,

    *Plaintiff*,

v.

**PETER ROUVELAS M.D. P.C.**,

    *Defendant*.

_____/

### ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **August 10, 2020**. In addition, by **August 10, 2020**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 27th day of July 2020.

                                                                                  **ROY K. ALTMAN**
                                                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record