**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-61208-CIV-ALTMAN/Hunt**

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPLIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTIONS (SIS),

    Plaintiffs,

vs.

PETER ROUVELAS, M.D., P.C.,

    Defendants.
_____/

<u>**NOTICE OF APPEARANCE**</u>

    **COME NOW** the undersigned counsel and file this Notice of Appearance as counsel of record for Defendant Peter Rouvelas, M.D., P.C., in the above styled proceedings, having been retained for this purpose. Defendant Dr. Rouvelas waives no defenses or objections by making this filing. The undersigned requests that all pleadings and papers in this matter be served on counsel for Defendant Peter Rouvelas, M.D., P.C., at the following address:

        **LANCE O. LEIDER, J.D., LL.M.**
        Florida Bar No.: 96408
        Primary E-mail: <u>LLeider@TheHealthLawFirm.com</u>
        Secondary e-mail: <u>CourtFilings@TheHealthLawFirm.com</u>
        TRIAL COUNSEL/LEAD ATTORNEY
        ATTORNEY TO BE NOTICED
        **THE HEALTH LAW FIRM, P.A.**
        1101 Douglas Avenue, Suite 1000
        Altamonte Springs, Florida 32714
        Telephone: (407) 331-6620
        Telefax: (407) 331-3030
        **ATTORNEY FOR DEFENDANT**
        **PETER ROUVELAS, M.D., P.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have filed this document electronically with the Clerk of Court via the CM/ECF System, which automatically serves all counsel of record, this 3rd day of August 2020.

/s/ Lance O. Leider

_____
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary E-mail: LLeider@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**CAROLE C. SCHRIEFER, J.D.**
Florida Bar No.: 835293
Primary e-mail: CSchriefer@thehealthlawfirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR DEFENDANT**
**PETER ROUVELAS, M.D., P.C.**

GFI/pa - S:\2600-2699\2670\001\410-Pleadings-Drafts & Finals\Notice of Appearance-LOL.wpd