IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-61208-RKA

SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED
IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED
IMAGING SOLUTIONS (SIS),
A Florida Limited Liability Company,

        Plaintiff,

v.

PETER ROUVELAS M.D. P.C.,
A New York Corporation

        Defendant.
_____/

## JOINT SCHEDULING REPORT

Plaintiff SIMPLIFIED IMAGING & DIAGNOSTICS, SIMPLIFIED IMAGING SOLUTIONS LLC d/b/a SIMPLIFIED IMAGING SOLUTIONS (SIS), and Defendant PETER ROUVELAS M.D. P.C., pursuant to Local Rule 16.1 and this Court's Order Requiring Scheduling Report and Certificate of Interested Parties, and submit the following:

1. The following persons participated in a telephone conference discussing the court's scheduling requirements:

    a. Peter J. Solnick, Esquire – attorney for Plaintiff; and

    b. Lance O. Leider, Esquire – attorney for Defendant.

2. The parties recommend that this case be assigned to the Standard Track.

3. The likelihood of settlement is possible.

4. Presently, but subject to facts learned in discovery, it is not likely that additional parties in this action will appear.

5. The parties propose the limitations on time stated in the Joint Proposed Scheduling Order, which is attached as Exhibit 1 to this submission per the Court's order.

1

6. The parties propose the following for formulation and simplification of issues including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:

    a. Standard motion practice.

7. The parties believe the necessity and desirability of amendments to the pleadings is presently unknown as no defendant has answered or responded to the complaint at this juncture.

8. The parties believe the possibility of obtaining admissions of fact and documents, electronically stored information (ESI) or things which will avoid unnecessary proof, stipulations regarding the authenticity of documents, ESI, and the need for advance rulings from the Court on admissibility of evidence is likely after discovery closes.

9. Pursuant to Local Rule 16.1(3)(C), the parties will enter into a mutual protective order/confidentiality agreement related to documents and things containing trade secrets, confidential business and personal information of the parties, and documents containing protected health information of Defendant's patients.

10. The parties will hold a Zoom meeting after discovery closes but before the pretrial stipulation is due to discuss evidence and to facilitate eliminating unnecessary proof and cumulative evidence.

11. The parties do not suggest the advisability of referring matters to a Magistrate Judge, and pursuant to 28 U.S.C. § 636(c), do not waive their right to proceed before a District Judge of this Court.

12. The parties' preliminary estimate for trial is 3-4 days.

13. The parties request the following dates for conferences and the trial of this matter:

   a. Conference to examine exhibits and discuss evidence pursuant to paragraph 9 above: _____;

   b. Final Pretrial conference: _____; and

   c. Trial: _____.

14. The parties believe the following information may be helpful to the Court and the parties relating to 16(b)(2)(k): The parties do not believe that the document production in this case will be so great that a third-party vendor for ESI is necessary, although agree to work together on this issue as discovery progresses.

15. The parties submit the following Joint Proposed Scheduling Order:

| \  | **JOINT PROPOSED SCHEDULING ORDER** |
|---|---|
| November 30 | Joinder of parties, claims, and amendment of pleadings. |
| May 15, 2021 | Parties shall furnish opposing counsel with a written list of containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| April 1, 2021 | All fact discovery must be completed. |
| May 1, 2021 | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen (14) day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| _____ | All dispositive *and* other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. |

| | |
|---|---|
| _____ | Resolution of all pretrial Motions by the Court. |
| May 15, 2021 | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| June 30, 2021. | All expert discovery must be completed. |
| July 15, 2021 | All Daubert and Markman motions and accompanying memoranda of law must be filed. |
| July 15, 2021 | Mediation must be completed. |
| _____ | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions. |
| _____ | Pretrial Conference |
| _____ | Trial Date |

Dated this  7th  day of August 2020.

/s/ Peter J. Solnick

_____
**PETER J. SOLNICK, ESQUIRE**
Fla. Bar. 670006
**SOLNICK LAW P.A.**
Attorney for Plaintiff
1634 Island Way
Weston, Florida 33326
17501 Biscayne Boulevard, Suite 420
Aventura, FL 33160

Tel: 786-629-6530
Email: pete@solnicklaw.com


/s/ Lance O. Leider
_____
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary E-mail:
LLeider@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail:  GIndest@TheHealthLawFirm.com
Secondary e-mail:
CourtFilings@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone:  (407) 331-6620
Telefax:  (407) 331-3030
**ATTORNEYS FOR DEFENDANT**
**PETER ROUVELAS, M.D., P.C.**

[Electronically filed by Lance O. Leider with the consent of all parties.]