

Simplified Imaging Solutions

March 2, 2020

Dear Dr. Rouvelas,

We hope this letter finds you well.

Please note that as per the Practice's Agreement (see attached) with SIS, the practice agreed to conduct 350 tests every 12 months – and or pay the monetary equivalent.

Unfortunately, the practice has completed:

**242 tests from July 2018 through July 2019 (leaving a balance due of 108 tests x $219 = $23,652).**

We ask that this amount due be paid without delay.

As per item IV of the agreement, the practice has 10 days to cure the breach and SIS may elect to suspend services until which time the breach is cured.

We are available for discussion regarding this matter and look forward to hearing from you in a timely manner.

Sincerely,

Avi Soffer
Managing Partner SIS