UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-61208-CIV-ALTMAN/Hunt

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPLIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTIONS (SIS),

    Plaintiff,

vs.

PETER ROUVELAS, M.D., P.C.,

    Defendant.
_____/

**JOINT NOTICE OF COMPLIANCE WITH ORDER TO CONDUCT SETTLEMENT CONFERENCE**

    Pursuant to the Court's oral order during the status conference conducted on August 13, 2020, the parties hereby advise the court that counsel for Plaintiff and Defendant met and conferred with one another over a series of telephone calls totaling approximately ninety (90) minutes. Both counsel for Plaintiff and Defendant spoke with their respective clients and have exchanged offers of settlement. While the parties have not finalized terms of settlement, negotiations continue in good faith toward a resolution of this case. Within seven (7) days, the parties will advise the Court as to whether the case settled either by way of a Notice of Settlement or through other notice advising of an impasse or that negotiations are still ongoing.

    **Respectfully submitted this 13th day of August, 2020, on behalf of both parties by:**

                                        /s/ Lance O. Leider, J.D., LL.M.
                                        _____
                                        **LANCE O. LEIDER, J.D., LL.M.**
                                        Florida Bar No.: 96408
                                        Primary E-mail: LLeider@TheHealthLawFirm.com

    Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
    TRIAL COUNSEL/LEAD ATTORNEY
    ATTORNEY TO BE NOTICED
    **GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
    Florida Bar No.:  382426
    Primary e-mail:  GIndest@TheHealthLawFirm.com
    Secondary e-mail:  CourtFilings@TheHealthLawFirm.com
    TRIAL COUNSEL/LEAD ATTORNEY
    ATTORNEY TO BE NOTICED
    **THE HEALTH LAW FIRM, P.A.**
    1101 Douglas Avenue, Suite 1000
    Altamonte Springs, Florida 32714
    Telephone:  (407) 331-6620
    Telefax:  (407) 331-3030
    **ATTORNEYS FOR DEFENDANT**
    **PETER ROUVELAS, M.D., P.C.**

LOL
S:\2600-2699\2670\001\410-Pleadings-Drafts & Finals\Ntc of Compliance.wpd