**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-61208-CIV-ALTMAN/Hunt**

SIMPLIFIED IMAGING & DIAGNOSTICS,
SIMPLIFIED IMAGING SOLUTIONS LLC
d/b/a IMAGING SOLUTIONS (SIS),

      Plaintiff,

vs.

PETER ROUVELAS, M.D., P.C.,

      Defendant.
_____/

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL**

Pursuant to S.D. Fla. L.R. 16.4, and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Simplified Imaging & Diagnostics, Simplified Imaging Solutions, LLC (SIS), and Defendant, Peter Rouvelas, M.D., P.C. (Rouvelas), parties to this legal action, by and through their attorneys, do hereby jointly stipulate as follows:

    1.    All claims by SIS against Rouvelas, and any potential counterclaims by Rouvelas against SIS arising out of, or related to, the contract at issue in this case have been settled, and the pending Complaint filed by SIS is dismissed with prejudice.

    2.    The parties have agreed to a resolution regarding attorney's fees and costs and will not need the Court to decide any matters related thereto.

Done and agreed to on this 26th day of August, 2020, by:

/s/ Peter J. Solnick, Esquire

_____
Peter J. Solnick, Esquire
Fla. Bar No.: 670006
**SOLNICK LAW P.A.**
Attorney for Plaintiff
1634 Island Way
Weston, Florida 33326
17501 Biscayne Boulevard, Suite 420
Aventura, FL 33160
Tel: 786-629-6530
Email: pete@solnicklaw.com


/s/ Lance O. Leider, J.D., LL.M.

_____
**LANCE O. LEIDER, J.D., LL.M.**
Florida Bar No.: 96408
Primary E-mail: LLeider@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426
Primary e-mail: GIndest@TheHealthLawFirm.com
TRIAL COUNSEL/LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**THE HEALTH LAW FIRM, P.A.**
1101 Douglas Avenue, Suite 1000
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR DEFENDANT
PETER ROUVELAS, M.D., P.C.**

LOL/pa
S:\2600-2699\2670\001\410-Pleadings-Drafts & Finals\Ntc of Settlement and Stip of Dismissal-1.wpd