UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61208-CIV-ALTMAN/Hunt

**SIMPLIFIED IMAGING & DIAGNOSTICS,**
**SIMPLIFIED IMAGING SOLUTIONS LLC**,

    *Plaintiff*,

v.

**PETER ROUVELAS M.D. P.C.**,

    *Defendant*.
_____/

## ORDER

**THIS MATTER** comes before the Court on the parties' Notice of Settlement and Joint Stipulation of Dismissal [ECF No. 21] (the "Stipulation"). The parties state that they have reached a settlement and seek a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court notes that the Stipulation is self-executing. Accordingly, the Court hereby **DISMISSES** this case **with prejudice**. This matter shall be **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of August 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record